AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Wendie Williams, Renee Robley Smith, Meggan Hill, Florian Nouh, Benjamin Gorges, Amanda S Colodonato, Alissa Saenz, Candice Walker, Christina Conte Wartinbee, Coleen Hill, Dale Cruse, Danny Ghitis, Dennis Littley, Heather Szutka, Judy L. Purcelll, Julia Vera Foerster, Karen Kerr, Kathleen Patalsky, Lazy Cat Enterprises, Ltd., Marco Verch, Marina Helene Aschaber, Melissa Copeland, Michelle Minnaar, Sarah Barnes, Sarah Trenalone, Sonia Lacasse, Andrea Soranidis, Chloe Edges and Kathleen Berget** ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **1:25-cv-12746** |
| *Plaintiff(s)* | |
| v. | |
| **Grubhub Holdings Inc.** | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Grubhub Holdings Inc.
111 W. Washington Street,
Suite 2100
Chicago, IL 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Underwood
**SRIPLAW, P.A.**
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
470.200.0155
anthony.underwood@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-12746**

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:25-cv-12746**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: